# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LAZARO DESPAIGNE BORRERO,** <br> **#12973-074,** <br>       **Plaintiff,** <br><br> vs. <br><br> **BUREAU OF PRISONS, et al.,** <br><br>       **Defendants.** | **CIVIL NO. 11-cv-042-MJR** |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis.* On March 28, 2011, this Court ordered Plaintiff to pay the $350 filing fee owed for a civil action in full by April 12, 2011. Following Plaintiff's failure to comply with that order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally James v. McDonald's Corp.*, 471 F.3d 672, 681 (7th Cir. 2005); *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997). The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated: April 26, 2011

                                                          /s/ MICHAEL J. REAGAN
                                                              U. S. District Judge